

FILED

03/18/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0611

Terry Wallace
P.O. Box 5566
Missoula, Mt 59806
Telephone: (720) 207-8105
email: twallace23@yahoo.com

## IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 20-0611

TERRY WALLACE,

       Plaintiff/Appellant,

vs

LAW OFFICE OF BRUCE SPENCER, PLLC,
LPH, INC, a Montana corporation,
GEISZLER STEELE, PC. and John Does 1-5,

       Defendants/Appellees.

FILED

MAR 1 8 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

---

### O R D E R

---

Appellants' motion for automatic extension is granted. His opening brief is now due on April 19, 2021.

Dated March __18__, 2021.

_____
Clerk of Supreme Court